KEN KIMES
**FULL NAME**

SAME
**COMMITTED NAME (if different)**

480 ALTA Court
**FULL ADDRESS INCLUDING NAME OF INSTITUTION** California
S. DC CA. 92179

V 80313
**PRISON NUMBER (if applicable)**

Southern
U.S. District Court
Southern District of California
Received

APR 29 2026

Pages: 8
Time: 10:15
Initials: EB

FILED
Apr 29 2026
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ GGV          DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
|  | CASE NUMBER |
| PLAINTIFF, | **'26 CV 2799 RBM SBC** |
| v. | *To be supplied by the Clerk* |
|  | **CIVIL RIGHTS COMPLAINT PURSUANT TO** *(Check one)* |
| DEFENDANT(S). | ☐ 42 U.S.C. § 1983 |
|  | ☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971) |

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☑ Yes   ☐ No

2. If your answer to "1." is yes, how many? _____ 1 _____

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

RETALIATION

a. Parties to this previous lawsuit:
   Plaintiff _____ CDCR _____

   Defendants _____

b. Court _____ U.S. DISTRICT _____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____

f. Issues raised: _____ RETALIATION _____

g. Approximate date of filing lawsuit: _____ 2-2023 _____

h. Approximate date of disposition _____ 12-2023 _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes   ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☑ Yes   ☐ No

   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _____ KEN KIMES _____
(print plaintiff's name)

who presently resides at _____ 480 ALTA S.D. CA. 92179 _____,
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

_____ R.J. DONOVAN COUNTY SANDIEGO _____
(institution/city where violation occurred)

on (date or dates) __5-15-24 - 6-15-24__ , _____ , _____ .
(Claim I)    (Claim II)    (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __CALIFORNIA DEPARTMENT CORRECTION REHABILITATION__ resides or works at
(full name of first defendant)
__480 ALTA S.D. CA. 92179__
(full address of first defendant)
__MUNICIPALITY, ENTITY, GOVERNMENT AGENCY__
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
__IS A GOVERNMENT AGENCY WHICH PERMITS HABITS__
__ROUTINES AND CUSTOMS OF EMPLOYEES TO INJURE INMATES__

2. Defendant __WARDEN R.J. DONOVAN (DOE #1)__ resides or works at
(full name of first defendant)
__480 ALTA S.D. CA. 92179__
(full address of first defendant)
__SENIOR OFFICER WARDEN, CAPTAIN__
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
__IS A GOVERNMENT BODY WHO IS RESPONSIBLE FOR THE__
__CARE OF INMATES DETAINED IN HIS CUSTODY BY OFFICERS__

3. Defendant __DOES 1 - 20__ resides or works at
(full name of first defendant)
__480 ALTA S.D. CA. 92179__
(full address of first defendant)
__CORRECTIONAL OFFICERS__
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
__WERE IN CONTROL OF PLAINTIFF CUSTODY AND__
__RESPONSIBLE TO PROTECT HEALTH AN WELL BEING__
__AS CORRECTION OFFICERS__

**D. CLAIMS***

The following civil right has been violated: ~~CLAIM~~ CAUSE ONE

8TH AM U.S. CONSTITUTION CRUEL AND UNUSUAL TREATMENT CAUSING LIFE THREATNING INJURY TO PLAINTIFF WHILE IN CUSTODY OF STATE GOVERNMENT AGENCY

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

1) ON 5-15-24 MY CELL AND SURROUNDING AREA BECAME ENGULFED IN TOXIC CHEMICAL SMOKE WHICH CAUSED ME I CHOKE, BECOME LIGHT HEADED, DIZZY AND NAUSEOUS

2) WHEN I COMPLAINED FOR RELIEF FROM FLOOR STAFF NOBODY PROVIDED RELIEF WHEN THERE WAS RESOURCES TO RELIEVE ME FROM THE SMOKE CAUSED BY A LITHIUM BATTERY FIRE NEAR THE PRISON. PUBLIC OFFICIALS ORDERED EVACUATION FROM ALL NEAR AREAS, I WAS NOT EVACUATED AND INSTEAD FORCED TO SUFFER TOXIC INHALATION OF CHEMICAL SMOKE THAT INJURED ME AND MADE ME SICK, DEFENDANTS PROVIDED NO CARE OR PREVENTIVE MEASURE, I SUFFERED

3) I WAS FORCED TO BE EXPOSED TO LETHAL CHEMICAL SMOKE WHICH MADE ME SICK AND DEFENDANTS

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.* KNEW OR SHOULD HAVE KNOWN I WAS SUFFERING WHILE DEFENDANTS WORE MASKS TO PROTECT THEMSELVES

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

4) DEFENDANTS REFUSED TO PROVIDE ME RELIEF, MASKS, TURN OFF AIR VENTS, AND INSTEAD FORCED ME TO INHALE SMOKE THAT MADE ME CHOKE, PASSOUT. THESE ACTIONS WERE UNCONSCIONABLE AND DELIBERATELY INDIFFERENT

5) PLAINTIFF IS SUFFERING LONG TERM INJURIES AS A DIRECT RESULT OF DEFENDANTS ACTIONS AND DESERVES TO BE COMPENSATED IN THE AMOUNT OF $1,500,000 — AND LONG TERM FOLLOWUP MEDICAL CARE

3-24-26

(Date)

(Signature of Plaintiff)